# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

THOMAS S. ETZLER, INDIVIDUALLY
AND DERIVATIVELY ON BEHALF OF
RECYCLING EQUIPMENT
CORPORATION,

        Petitioners

        v.

GUNTHER "BUD" ETZLER, STEPHEN P.
ETZLER, WILMA D. ETZLER,
RECYCLING EQUIPMENT CORP., INC.,

        Respondents

: No. 959 MAL 2015
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 18th day of May, 2016, the Petition for Allowance of Appeal is **DENIED**.

    Justice Donohue did not participate in the consideration or decision of this matter.